# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMI JOHNSON,<br>G-20888,<br><br>                                  Plaintiff,<br><br>v.<br><br>D. PAMPLIN; G. VALDAVINAS; A. MASSIA; M. MORALES; J. HEDDY; O. MORALES; M. ACUNA; J. WILBORN; W. SMITH,<br><br>                                  Defendants. | Case No.: 17-cv-560-BAS(BLM)<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEE REQUIRED BY 28 U.S.C. § 1914(a) AND/OR FAILING TO MOVE TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915(a)** |

Jami Johnson ("Plaintiff"), currently incarcerated at California State Prison, Corcoran, located in Corcoran, California, and proceeding *pro se*, has filed a civil-rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

//

//

## I. Failure to Pay Filing Fee or Request *In Forma Pauperis* Status

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. *See* 28 U.S.C. § 1914(a).[1] An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). However, if the plaintiff is a prisoner, and even if he is granted leave to commence his suit IFP, he remains obligated to pay the entire filing fee in "increments," *see Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015), regardless of whether his case is ultimately dismissed. *See* 28 U.S.C. § 1915(b)(1) & (2); *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002).

Plaintiff has not prepaid the $400 in filing and administrative fees required to commence this civil action, nor has he submitted a properly supported Motion to Proceed IFP pursuant to 28 U.S.C. § 1915(a). Therefore, his case cannot yet proceed. *See* 28 U.S.C. § 1914(a); *Andrews*, 493 F.3d at 1051.

## II. Conclusion and Order

For the reasons set forth above, the Court:

(1) **DISMISSES** this action *sua sponte* without prejudice for failure to pay the $400 civil filing and administrative fee or to submit a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

(2) **GRANTS** Plaintiff **forty-five (45)** days leave from the date this Order is filed to: (a) prepay the entire $400 civil filing and administrative fee in full; or (b) complete and

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $50. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2014). The additional $50 administrative fee does not apply to persons granted leave to proceed *in forma pauperis* ("IFP"). *Id.*

1  file a Motion to Proceed IFP which includes a certified copy of his trust account statement
2  for the 6-month period preceding the filing of his Complaint. *See* 28 U.S.C. § 1915(a)(2);
3  S.D. Cal. CivLR 3.2(b).
4        The Court further **ORDERS** that the Clerk of the Court shall provide Plaintiff with
5  this Court's approved form titled, "Motion and Declaration in Support of Motion to
6  Proceed *In Forma Pauperis*." If Plaintiff fails to either prepay the $400 civil filing fee, or
7  complete and submit the enclosed Motion to Proceed IFP within 45 days, this action will
8  remain dismissed without prejudice based on Plaintiff's failure to satisfy 28 U.S.C.
9  § 1914(a)'s fee requirements and without further Order of the Court.
10       **IT IS SO ORDERED.**

12 **DATED: March 23, 2017**

Hon. Cynthia Bashant
United States District Judge